**United States Bankruptcy Court**
District of Kansas


FILED
Kansas City, KS
JAN 3 1 2020
CLERK
U.S. Bankruptcy Court

In re Scott Gregory Hattrup,  Case No. 20-20072
          Debtor            Chapter 13

# DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

● I have not been employed by any employer within the 60 days before the date of the filing of the petition.

● I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
_____
_____.

● ✓ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on  01/31/2020  (date) by  *Scott G Hattrup*  (debtor)



```
P641 00162926        228564-132965
DCL    003080519
```

**FedEx Ground Pkg System Inc**
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

# Earnings Statement

|  |  |
|---|---|
| Page | 001 of 001 |
| Pay Period: | 01/05/2020 - 01/11/2020 |
| Advice Date: | 01/17/2020 |
| Advice Number: | 0027118330 |
| Batch Number: | DCL002015432 |
| Employee ID: | 3080519 |

**SCOTT   HATTRUP**

Delivering on the Purple Promise
makes this check possible.

Exemptions   Addl Amt   Addl %
Fed:    S-00
KS(W):  S-00

Total Hours for Hourly Period 01/05/20 - 01/11/20
   Worked = 49.51 Hours   Ovrtime & Dbltime = 9.51 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 40.00 | 17.500 | 700.00 | 1965.54 |
| STRAIGHT TIME | 40.00 # | | 700.00 | Sub-Total |
| Overtime | 9.51 | 26.250 | 249.64 | 332.98 |
| OVERTIME | 9.51 # | | 249.64 | Sub-Total |
| GROSS WAGES $$ | | | 949.64 | Sub-Total |
| Holiday | | | | 252.00 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 949.64 | 2550.52 |
| Fed Tax Wages | | | 942.66 | 2530.90 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| PTO Balance | 31.7 | 12.0 | 19.7 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 949.64 | 2550.52 |
| TOTAL TAXES | 225.78 | 582.45 |
| TOTAL DEDUCTIONS | 9.78 | 25.22 |
| NET PAY | 714.08 | 1942.85 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 111.66 | 279.83 |
| Fed MED/EE | 13.67 | 36.70 |
| Fed OASDI/EE | 58.45 | 156.92 |
| KS Withholdng | 42.00 | 109.00 |
| TOTAL TAXES | 225.78 | 582.45 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| Accident | 1.51 | 3.02 |
| &Dental 04 | 2.35 | 7.05 |
| HospIndemn | 1.29 | 2.58 |
| &Medical 29 | 3.23 | 9.23 |
| &Vision 02 | 1.40 | 3.34 |
| TOTAL DEDUCTIONS | 9.78 | 25.22 |

**Other Information**
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
& Item excluded from taxable wages
For Legal Inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

©1998, 2006. ADP LLC All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

---

**FedEx Ground Pkg System Inc**
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number:  0027118330
Advice Date:    01/17/2020
3080519

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| SCOTT   HATTRUP | XXXX2068 | 714.08 |

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.